Case 2:21-mj-00622 Document 10 Filed on 06/17/21 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 17, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | MAG. JUDGE ACTION NO. 2:21-MJ-00622 |
| § | CRIMINAL CASE NO. 2:21-CR-519 |
| KRYSTAL JENNIFER RODRIGUEZ § | |

## **MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

Pending before the Court is Defendant Rodriguez' motion for bond. (D.E. 9). A detention hearing was held today in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The motion is **DENIED**. The following requires detention of the Defendant pending trial in this case:

(1) There are no conditions or combination of conditions that would reasonably assure the appearance of the Defendant as required and the safety of the community.

The evidence against the Defendant meets the probable cause standard, as a Grand Jury has returned a true-billed indictment in this case. The Defendant was on bond for two offense at the time of her arrest and the bonding company is to surrender her bond. The findings and conclusions contained in the Pretrial Services Report are adopted.

The Defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending

appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on June 17, 2021.

_____
Julie K. Hampton
United States Magistrate Judge